UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN ANDERSON,

    Petitioner,                                   Case Number: 12-14550

v.                                                  HON. MARK A. GOLDSMITH

MITCH PERRY,

    Respondent.
_____/

## **JUDGMENT**

For the reasons stated in the opinion and order issued on today's date, it is ordered and adjudged the petition for a writ of habeas corpus is dismissed without prejudice.

Dated this 10 June 2013.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                            By:     s/Deborah J. Goltz
                                                        DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE